Form B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)　　　　　　　　　　　　　　　　EDVA (12/10)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BWW#:VA-133165

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-33929-KRH
KIM TIRRELL GILLIAM
　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

Address:　　4100 Fallen Pine Court
　　　　　　Colonial Heights, VA 23834

*　*　*　*　*　*　*　*　*　*　*　*　*　*　*

## NOTICE OF MOTION AND NOTICE OF HEARING

Wells Fargo Bank, NA ("Movant"), by and through its counsel, has filed papers with the court to grant relief from the automatic stay and co-debtor stay in the above captioned matter.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before July 2, 2020 (or July 9, 2020 if you are the co-debtor), you or your attorney must:

- File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　U.S. Bankruptcy Court
　　　　　　　　　　　　　701 East Broad Street, Room 4000
　　　　　　　　　　　　　Richmond, Virginia 23219

- You must also mail a copy to:

_____
Lauren French, VSB# 85478
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463
*Counsel for the Movant*

Lauren French, Esq.
8100 Three Chopt Road, Suite 240
Richmond, VA 23229

Suzanne E. Wade, Trustee
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226

James E. Kane, Esq.
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508

Karen Jones Gilliam
4100 Fallen Pine Court
Colonial Heights , VA 23834

Kim Tirrell Gilliam
4100 Fallen Pine Court
South Chesterfield, VA 23834

- Attend the hearing on the motion scheduled to be held on July 22, 2020, at 11:00 AM at U.S. Bankruptcy Court, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Respectfully Submitted,

Dated:  June 18, 2020

/s/ Lauren French
Lauren French, VSB# 85478
BWW Law Group, LLC
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*

**CERTIFICATION**

     I hereby certify that on this 18th day of June, 2020 the following person(s) were or will be served with a copy of the foregoing Notice of Motion and Notice of Hearing via the CM/ECF system or by first class mail, postage prepaid:

Suzanne E. Wade, Trustee
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226

James E. Kane, Esq.
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508

Karen Jones Gilliam
4100 Fallen Pine Court
Colonial Heights , VA 23834

Kim Tirrell Gilliam
4100 Fallen Pine Court
South Chesterfield, VA 23834

                                                          _/s/ Lauren French_____
                                                          Lauren French, Esq.
                                                          *Counsel for the Movant*